Philip J. Shaheen, Jr., Lake Charles, La., Caliste Beard, Jr., Lafayette, La., for plaintiff-appellee.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

George Zarzour, pro se.

John W. Stokes, Jr., U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

George **ZARZOUR**, Petitioner-Appellant,

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 71–1293

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 13, 1971.

Joe Guzman **GARCIA**, Petitioner-Appellant,

v.

**Dr. George J. BETO**, Director, Texas Dept. of Corrections, Respondent, Appellee.

No. 71–2190

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 13, 1971.

N. P. Callahan, Jr., Birmingham, Ala. (court appointed), for petitioner-appellant.

Joe Guzman Garcia pro. se.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.